JEA:jea
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

TERRENCE TERRELL MATHEWS
(a/k/a Terrence Terrell Matthews)

Case No. 13-MJ-201 SER

## CRIMINAL COMPLAINT

I, Task Force Officer Jacob Coopet for the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about February 27, 2013, in Hennepin County, in the State and District of Minnesota, the defendant, Terrence Terrell Mathews, having previously been convicted of crimes punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting interstate commerce, a firearm, specifically a Glock, model 19, 9mm pistol, serial number TSA691, all

in violation of Title 18, United States Code, Sections 922(g)(1).

I further state that I am a Special Agent Task Force Officer and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Complainant's signature

Jacob Coopet, Task Force Officer, ATF

Sworn to before me and signed in my presence.

Date: 25 March 2013

_____
Judge's signature

City and state: St. Paul, Minnesota

Steven E. Rau, U.S. Magistrate Judge

SCANNED
MAR 26 2013
U.S. DISTRICT COURT ST. PAUL

STATE OF MINNESOTA   )
                     ) ss.          **AFFIDAVIT OF JACOB COOPET**
COUNTY OF RAMSEY     )

I, Jacob Coopet being duly sworn, depose and state as follows:

1. Your Affiant is a Police Officer employed by the County of Hennepin, and has been so employed for approximately eleven years. I am currently a Task Force Officer assigned to the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) in the Saint Paul Field Office. I am also assigned to the Hennepin County Violent Offender Task Force (VOTF). As an investigator in this capacity, my duties and responsibilities include conducting criminal investigations of individuals and entities for possible violations of Federal, State and local laws. I have previously participated in several investigations which resulted in the arrests, searches, seizures, and convictions of individuals. My current assignment involves the regular investigation of violent criminals, criminal organizations such as street gangs and drug trafficking organizations, and conducting criminal investigations of individuals and organizations who may have committed violations of the Federal firearms laws.

2. This Affidavit is submitted in support of a Complaint establishing probable cause to believe that Terrence Terrell MATHEWS committed the following federal violations:

   a. Felon in Possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1).

The facts set forth in this Affidavit are based on my review of reports, my personal investigation, and discussions I have had with other law enforcement personnel. The facts set forth herein contain information sufficient to support probable cause. This Affidavit is not intended to convey all of the facts learned during this investigation.

3. On February 27, 2013, Detective Andrew Suerth, and officers from the Hennepin County Violent Offender Task Force (VOTF), conducted a state narcotics search warrant at MATHEWS' residence, located at the address of 5841 73rd Ave. North #248 Brooklyn Park, MN. MATHEWS, his mother and sister and a small child, were present at the time law enforcement executed the search warrant.

4. During the search of MATHEWS' residence, officers located a loaded 9-mm Glock handgun bearing serial number TSA691 under a living room couch. MATHEWS' mother and sister denied knowledge of the gun.

5.      In a post-Miranda recorded statement, MATHEWS told Detective Suerth that the gun had belonged to his child's mother. MATHEWS' stated that during an argument sometime in December of 2012 he took the gun from her and MATHEWS stated he has kept the firearm since that time. MATHEWS also said that he has been moving the firearm around his apartment ever since he obtained the gun. MATHEWS stated that he did not notify the police about the gun because of his history and that he is not allowed to possess firearms.

6.      MATHEWS has previously been convicted of crimes punishable by imprisonment for a term exceeding one year, for example, he is currently on Federal probation for a Felon in Possession conviction on October 10, 2007.

7.      Special Agent Liane Sellner reviewed information about the firearm recovered in association with MATHEWS and has determined that this firearm was not manufactured in the State of Minnesota and therefore the firearm previously traveled in interstate or foreign commerce.

Further your Affiant sayeth not.

Jacob Coopet
Task Force Officer, ATF

SUBSCRIBED and SWORN to before me this 25th day of March, 2013.

The Honorable Steven E. Rau
UNITED STATES MAGISTRATE JUDGE

2