UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,  Criminal No.  13-79 ADM/AJB

Plaintiff,

v.

**ORDER ON
MOTIONS BRIEFING**

TERRENCE TERRELL MATHEWS,

Defendant.

Julie E. Allyn, Esq., Assistant United States Attorney, for the plaintiff, United States of America;

Katherian D. Roe, Esq., Federal Defender, for the defendant, Terrence Terrell Mathews.

This action came on for hearing before the Court, Chief Magistrate Judge Arthur J. Boylan, on June 3, 2013, at the U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.  Testimony was presented and exhibits were received with respect to suppression motions.  At the hearing counsel for the defendant indicated that she would be considering filing additional motion(s) which could entail further hearing and testimony, and the hearing was therefore continued.  To date no additional motion(s) have been filed.

Upon review of the presently pending motions and evidence previously presented, the court concludes that it would be aided in its consideration of motions to suppress by written arguments from the parties.  Now therefore, **IT IS HEREBY ORDERED** that defendant shall serve and file a memorandum in support of his suppression motions by **July 8, 2013**.  The government shall thereafter serve and file a responsive memorandum by **July 15, 2013**, at which time the motion will be **under advisement** and ready for determination.

Dated:   June 27, 2013

   s/Arthur J. Boylan
Arthur J. Boylan
United States Chief Magistrate Judge